IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRELL MADISON, | * |
| Plaintiff, | * |
| v. | Case No.   5:20-cv-00189-MTT-MSH |
| | * |
| SGT DILLHUNT, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of July, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk